## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy No. 20-14781-elf** |
| **Kevin L Norris,** | **Chapter 13** |
| **Debtor** | |
| **Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT** | **Related Doc.: 28** |
| | **Hearing: September 14, 2021 at 9:30 AM** |
| **Movant** | |
| **v.** | |
| **Kevin L Norris,** | |
| **Debtor/Respondent** | |
| **WILLIAM C. MILLER, Esq.,** | |
| **Trustee/Respondent** | |

### STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY

Secured creditor, Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT, and Debtor, Kevin L Norris ("Debtor"), by and through their respective attorneys, hereby stipulate as follows:

### I.    BACKGROUND:

1. On December 18, 2020, Kevin L Norris ("Debtor") executed and delivered a Promissory Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $96,500.00.

2. The Mortgage was recorded on September 18, 2014, with the Delaware County Recorder of Deeds.

3. The Mortgage was secured as a lien against the property located in Delaware County commonly known as 831 E Penn Pines Blvd, Aldan, Pennsylvania 19018-4310 (the "Property").

4. The Note and Mortgage were lastly assigned to U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT.

5. As of June 3, 2021, Debtor had defaulted under the terms of the Note and Mortgage by failing to make the monthly payments of principal, interest and escrow which resulted in Secured Creditor filing the instant Motion for Relief from Stay (Doc No. 28).

6. Since the filing of the Motion for Relief, Debtor's post-petition obligation has been brought current with the loan being due for the October 1, 2021 post-petition installment payment.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $979.27, per month shall become due under the Note and Mortgage on the 1st day of each successive month, beginning October 1, 2021, until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and is responsible for same.

8. Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT and Debtor desire to resolve this matter in accordance with the set forth terms below:

## II.    STIPULATION FOR RELIEF FROM STAY

1. Debtor confirms and acknowledges his obligations to Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT under the Note and Mortgage.

2. Debtor further confirms and acknowledges his prior failure to make the post-petition payments of principal, interest and escrow and the current account status as set forth above in paragraphs 5 and 6.

3. Debtor further agrees to continue to make his regular post-petition payment of principal and interest in the amount of $979.27, (Debtor's acknowledges that the monthly payment is

subject to change) which shall become due on the 1st day of each month beginning on August 1, 2021, until his obligation to Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT, its successors and/or assignees under the Note is paid in full.

4. In the event that Debtor converts to a Chapter 7 during the pendency of this Bankruptcy case, the Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor fail to cure the arrearage, Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT will send Debtor's counsel a written notification of default of this Stipulation. If the default is not cured within fifteen (15) days of the notice, Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

5. In the event the Debtor should default on his obligations under this Stipulation by failing to make ongoing payments as set forth above in Section II, Paragraph 3 on or before the dates on which they are due, then Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT, its successors and/or assigns shall serve Debtor's Attorney by fax, e-mail and/or regular mail, with written notification of default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the written notification, then, Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title

Trustee for BCAT 2016-17TT or its assignee or successors may exercise its rights against

the Mortgaged Property under the terms of this Stipulation without further notice to Debtor

or the Order of this Court.

6.  Additionally, Debtor agrees that he is not permitted more than two (2) defaults from the date

of the Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more

than two (2) times, then, without any further notice, Selene Finance LP as attorney in fact

for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for

BCAT 2016-17TT, its successors and/or assigns may file a Certification of Default with the

Court and the Court shall enter an Order granting relief from the Automatic Stay, where

upon Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual

Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT, its successors and/or

assigns may exercise its rights against the Mortgaged Property under the terms of this

Stipulation.

7.  Neither Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual

Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT's consent to this

Stipulation nor Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its

Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT's acceptance of

any payments tendered by Debtor shall be construed as a waiver of Selene Finance LP as

attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title

Trustee for BCAT 2016-17TT's right to proceed with or commence a foreclosure other legal

action against Debtor under this Stipulation; however, Selene Finance LP as attorney in fact

for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for

BCAT 2016-17TT agrees to credit Debtor's account for any payments made by Debtor in

accordance with this Stipulation, the Note and/or Mortgage.

8.  This Stipulation may only be modified by a revised Stipulation filed on the docket in the

    Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was

    modified orally will be disregarded as evidence. No written modifications are permitted,

    except for a revised Stipulation filed on the docket in the Bankruptcy.

9.  Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with

    his Counsel that Debtor understands and is in agreement with the terms of this Stipulation,

    and that counsel has been authorized by Debtor to sign this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Charles G. Wohlrab          Date: 10/13/2021
Charles Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com
*Attorney for Movant*

By: /s/                             Date: 9/29/21
Brad J. Sadek, Esq.
PA I.D. ____
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com
*Attorney for Debtor*

By: /s/ LeRoy W. Etheridge          Date:   10/7/2021
Attorney for Chapter 13 Standing
Trustee, Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Telephone: 215-627-1377
Email:ecfemails@ph13trustee.com
*No objection to the terms, without
prejudice to any rights and remedies.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy No. 20-14781-elf** |
| **Kevin L Norris,** | |
|    **Debtor** | **Chapter 13** |
| **Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT** | **Related Doc.: 28** |
|    **Movant** | **Hearing: September 14, 2021 at 9:30 AM** |
| **v.** | |
| **Kevin L Norris,** | |
|    **Debtor/Respondent** | |
| **WILLIAM C. MILLER, Esq.,** | |
|    **Trustee/Respondent** | |

## ORDER OF COURT

AND NOW, this___day of_____, 2021, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is

approved.

_____

Judge Eric L. Frank

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy No. 20-14781-elf** |
| **Kevin L Norris,** | |
| **Debtor** | **Chapter 13** |
| **Selene Finance LP as attorney in fact for U.S. Bank, N.A., not in Its Individual Capacity, but Solely as Legal Title Trustee for BCAT 2016-17TT** | **Related Doc.: 28** |
| **Movant** | **Hearing: September 14, 2021 at 9:30 AM** |
| **v.** | |
| **Kevin L Norris,** | |
| **Debtor/Respondent** | |
| **WILLIAM C. MILLER, Esq.,** | |
| **Trustee/Respondent** | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on ___October 13, 2021___, 2020, I served a copy of the Stipulation Resolving Motion for Relief from Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Kevin L Norris
831 E Penn Pines Blvd
Aldan, PA 19018

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                        By: /s/ Charles G. Wohlrab
                                        Charles G. Wohlrab, Esquire